**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7555**

---

RAYMOND PERRY, II,

                                    Plaintiff - Appellant,

        versus

JANICE M. COLE, U.S. Attorney, United States
Department of Justice; JOHN R. DEWAN, Super-
intendent, Western Tidewater Regional Jail,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-809-2)

---

Submitted:  January 25, 2002        Decided:  January 31, 2002

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Raymond Perry, II, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Perry, II, appeals the district court order dismissing without prejudice his complaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 2001). The court dismissed Perry's complaint based on his failure to comply with its orders directing him to submit proof that he had exhausted his administrative remedies.

Because Perry may proceed with this action by amending his complaint to provide the information requested by the district court, the dismissal order is not final and thus is not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2